JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RICARDO FEW,<br><br>           Petitioner,<br><br>    vs.<br><br>STANLEY SNIFF, SHERIFF FOR RIVERSIDE COUNTY,<br><br>           Respondent. | Case No. EDCV 09-2068-RGK (DTB)<br><br>JUDGMENT |

Pursuant to the Order re Dismissal of Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 4-9-10

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE